

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00583-CV

**IN RE** Michael **IDROGO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  September 30, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On September 16, 2015, relator Michael Idrogo filed a pro se petition for writ of mandamus. This court has determined that it does not have jurisdiction to grant the requested relief. *See* TEX. R. APP. P. 52.3(e). Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-12389, styled *Michael Idrogo v. Sarah Garrahan, et al.*, in the 57th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.